# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| LEVANA LOMMA, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 20-00456 JAO-RT |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| CLARE CONNORS, et al., | February 7, 2024 |
| Defendants. | At 4 o'clock and 30 min p.m.<br>LUCY H. CARRILLO, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

On February 7, 2024, the Court issued its "ORDER DISMISSING REMAINING CLAIMS," ECF NO. 79, (February 7, 2024 Order).

IT IS ORDERED AND ADJUDGED that this action is hereby DISMISSED, pursuant to and in accordance with the February 7, 2024 Order.  Further, the Clerk is DIRECTED to formally close this case.

| | |
|---|---|
| February 7, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /S/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |